# TERENCE W. NAGLE v. JOHN WAGENER, AS SHERIFF OF RAMSEY COUNTY.[1]

December 10, 1920.

No. 21,950.

**Replevin—verdict sustained.**

Action to recover possession of an automobile upon which defendant sheriff had levied under an execution against plaintiff's brother and damages for the same. Verdict affirming that plaintiff was not the owner of the machine. *Held*: The evidence fully supported the verdict. [Reporter.]

Action in the district court for Ramsey county to recover possession of an automobile and $100 damages. The answer alleged that the sheriff, by one of his deputies, by virtue of an execution duly issued out of said court levied upon certain goods and chattels of the character of those mentioned in the complaint and took the same into his custody. The case was tried before Hanft, J., who at the close of the testimony denied defendant's motion for a directed verdict, and a jury which returned a verdict in favor of defendant. From an order denying his motion for judgment notwithstanding the judgment or for a new trial, plaintiff appealed. Affirmed.

*Allen & Straight* and *Faricy, McMeekin & Quinn*, for appellant.

*John J. Kirby*, for respondent.

PER CURIAM.

The only question on this appeal is whether the evidence supports the verdict affirming that plaintiff was not the owner of the property levied upon by defendant sheriff under an execution against one R. C. Nagle. In our view of the record the evidence is ample and fully supports the jury.

Order affirmed.

[1]Reported in 180 N. W. 1023.